ISIDORA R. A. MEYER, &c., APPELLANT, v. ALLIANCE INVESTMENT COMPANY, RESPONDENT.

Argued June 26, 1914—Decided November 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 84 *N. J. L.* 450.

For the appellants, *Besson, Alexander & Stevens.*

For the respondent, *John A. Miller.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, HEPPENHEIMER, JJ. 9.

*For reversal*—BLACK, WILLIAMS, JJ. 2.